UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated,

                       Plaintiff,

vs.

ELECTRONIC ARTS INC.

                       Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-04282-RA

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rafael Cordero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Electronic Arts Inc.

DATED: August 25, 2022

**MIZRAHI KROUB LLP**

      /s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Ronnie Abrams
8/26/22